# EXHIBIT "H"



**COMMONWEALTH OF PENNSYLVANIA**
Department of State
Bureau of Corporations and Charitable Organizations
PO Box 8721
Harrisburg, Pennsylvania 17105-8721
**UCC1 FINANCING STATEMENT**
Fee: $84

Pennsylvania Department of State
**-FILED-**
File #: 20240306045680
Date Filed: 3/6/2024

2024030604568

B0663-6573 03/06/2024 2:44 PM Received by Pennsylvania Department of State

| Submitter contact information | |
|---|---|
| Contact Name | Susan J Messer |
| Phone Number | (412) 258-6702 |
| Email Address | sjm@sgkpc.com |

| Submitter information | |
|---|---|
| Name | Susan J Messer |
| Address | 535 SMITHFIELD STREET SUITE 300 PITTSBURGH, PA 15222 |

**Debtors**

| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| Golden Gate Investment Company LLC | 101 N. QUEEN STREET SUITE 302 LANCASTER, PA 17603 |
| Paramount Management Group, LLC | 415 NORTH PRINCE STREET SUITE 202 LANCASTER, PA 17603 |

**Secured Parties**

| SECURED PARTY'S NAME | MAILING ADDRESS | Assignor |
|---|---|---|
| Avenaero Holdings, LLC | 2126 ROCKY TOP DRIVE BATTLEFIELD, MO 65619 | ☐ |

**Collateral**
Collateral uploaded in an attachment.

**Designations**
Select the designation which describes this financing statement — Not Applicable
Select an additional designation which describes this financing statement — Not Applicable

**Alternative Designations**
Select the alternative designation which describes this financing statement — Not Applicable

Optional Submitter Reference Data

Page 1 of 10

B0663-6574 03/06/2024 2:44 PM Received by Pennsylvania Department of State

## Exhibit A

## DCMs

The digital currency kiosk machines expressly identified in this Exhibit A (each a "DCM" and collectively, the "DCMs") and the cash contained in each DCM identified in this Exhibit A (the "DCM Cash") (the DCMs and DCM Cash, together with all accessions and additions thereto, and substitutions therefor and all proceeds of their sale or disposition, collectively, the "Collateral"):

[SEE FOLLOWING PAGE]

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
| --- | --- | --- | --- |
| ColeKepro 5.0 | 150677 | ColeKepro 5.0 | 150799 |
| ColeKepro 5.0 | 150858 | ColeKepro 5.0 | 150742 |
| ColeKepro 5.0 | 150969 | ColeKepro 5.0 | 151076 |
| ColeKepro 5.0 | 151175 | ColeKepro 5.0 | 151014 |
| ColeKepro 5.0 | 151128 | ColeKepro 5.0 | 151330 |
| ColeKepro 5.0 | 151073 | ColeKepro 5.0 | 149828 |
| ColeKepro 5.0 | 150974 | ColeKepro 5.0 | 151056 |
| ColeKepro 5.0 | 151012 | ColeKepro 5.0 | 151096 |
| ColeKepro 5.0 | 151328 | ColeKepro 5.0 | 150903 |
| ColeKepro 5.0 | 150931 | ColeKepro 5.0 | 150986 |
| ColeKepro 5.0 | 151370 | ColeKepro 5.0 | 150766 |
| ColeKepro 5.0 | 151336 | ColeKepro 5.0 | 150786 |
| ColeKepro 5.0 | 151168 | ColeKepro 5.0 | 150836 |
| ColeKepro 5.0 | 151147 | ColeKepro 5.0 | 151366 |
| ColeKepro 5.0 | 151131 | ColeKepro 5.0 | 151004 |
| ColeKepro 5.0 | 151085 | ColeKepro 5.0 | 151403 |
| ColeKepro 5.0 | 150988 | ColeKepro 5.0 | 151393 |
| ColeKepro 5.0 | 151135 | ColeKepro 5.0 | 152237 |
| ColeKepro 5.0 | 150972 | ColeKepro 5.0 | 152238 |
| ColeKepro 5.0 | 150917 | ColeKepro 5.0 | 150780 |
| ColeKepro 5.0 | 150921 | ColeKepro 5.0 | 151155 |
| ColeKepro 5.0 | 150733 | ColeKepro 5.0 | 151078 |
| ColeKepro 5.0 | 150756 | ColeKepro 5.0 | 151081 |
| ColeKepro 5.0 | 151021 | ColeKepro 5.0 | 150893 |
| ColeKepro 5.0 | 151344 | ColeKepro 5.0 | 151351 |
| ColeKepro 5.0 | 151369 | ColeKepro 5.0 | 151294 |
| ColeKepro 5.0 | 151282 | ColeKepro 5.0 | 151060 |
| ColeKepro 5.0 | 151070 | ColeKepro 5.0 | 150938 |
| ColeKepro 5.0 | 151338 | ColeKepro 5.0 | 150946 |
| ColeKepro 5.0 | 150932 | ColeKepro 5.0 | 151309 |
| ColeKepro 5.0 | 151293 | ColeKepro 5.0 | 150975 |
| ColeKepro 5.0 | 151158 | ColeKepro 5.0 | 147967 |
| ColeKepro 5.0 | 151068 | ColeKepro 5.0 | 151185 |
| ColeKepro 5.0 | 150970 | ColeKepro 5.0 | 149829 |
| ColeKepro 5.0 | 151407 | ColeKepro 5.0 | 151379 |
| ColeKepro 5.0 | 151208 | ColeKepro 5.0 | 151151 |
| ColeKepro 5.0 | 151400 | ColeKepro 5.0 | 151346 |
| ColeKepro 5.0 | 150883 | ColeKepro 5.0 | 150951 |
| ColeKepro 5.0 | 150933 | ColeKepro 5.0 | 151286 |
| ColeKepro 5.0 | 151032 | ColeKepro 5.0 | 151144 |

B0663-6575 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 150881 | ColeKepro 5.0 | 151074 |
| ColeKepro 5.0 | 150890 | ColeKepro 5.0 | 150939 |
| ColeKepro 5.0 | 151373 | ColeKepro 5.0 | 151069 |
| ColeKepro 5.0 | 151027 | ColeKepro 5.0 | 150980 |
| ColeKepro 5.0 | 151331 | ColeKepro 5.0 | 151125 |
| ColeKepro 5.0 | 151266 | ColeKepro 5.0 | 150956 |
| ColeKepro 5.0 | 150935 | ColeKepro 5.0 | 151179 |
| ColeKepro 5.0 | 149826 | ColeKepro 5.0 | 150889 |
| ColeKepro 5.0 | 147960 | ColeKepro 5.0 | 151276 |
| ColeKepro 5.0 | 151107 | ColeKepro 5.0 | 150795 |
| ColeKepro 5.0 | 148083 | ColeKepro 5.0 | 150943 |
| ColeKepro 5.0 | 151149 | ColeKepro 5.0 | 149066 |
| ColeKepro 5.0 | 151194 | ColeKepro 5.0 | 149520 |
| ColeKepro 5.0 | 150905 | ColeKepro 5.0 | 149288 |
| ColeKepro 5.0 | 151152 | ColeKepro 5.0 | 148330 |
| ColeKepro 5.0 | 150734 | ColeKepro 5.0 | 148384 |
| ColeKepro 5.0 | 150925 | ColeKepro 5.0 | 148134 |
| ColeKepro 5.0 | 150730 | ColeKepro 5.0 | 148037 |
| ColeKepro 5.0 | 151201 | ColeKepro 5.0 | 148840 |
| ColeKepro 5.0 | 150781 | ColeKepro 5.0 | 149012 |
| ColeKepro 5.0 | 151289 | ColeKepro 5.0 | 148881 |
| ColeKepro 5.0 | 151339 | ColeKepro 5.0 | 149462 |
| ColeKepro 5.0 | 150967 | ColeKepro 5.0 | 149079 |
| ColeKepro 5.0 | 151091 | ColeKepro 5.0 | 150009 |
| ColeKepro 5.0 | 151145 | ColeKepro 5.0 | 150148 |
| ColeKepro 5.0 | 151040 | ColeKepro 5.0 | 149318 |
| ColeKepro 5.0 | 150738 | ColeKepro 5.0 | 148699 |
| ColeKepro 5.0 | 150821 | ColeKepro 5.0 | 148843 |
| ColeKepro 5.0 | 151335 | ColeKepro 5.0 | 150042 |
| ColeKepro 5.0 | 151178 | ColeKepro 5.0 | 148329 |
| ColeKepro 5.0 | 150743 | ColeKepro 5.0 | 149702 |
| ColeKepro 5.0 | 151015 | ColeKepro 5.0 | 149433 |
| ColeKepro 5.0 | 151126 | ColeKepro 5.0 | 149523 |
| ColeKepro 5.0 | 150863 | ColeKepro 5.0 | 150176 |
| ColeKepro 5.0 | 151278 | ColeKepro 5.0 | 148013 |
| ColeKepro 5.0 | 150993 | ColeKepro 5.0 | 148846 |
| ColeKepro 5.0 | 151296 | ColeKepro 5.0 | 148328 |
| ColeKepro 5.0 | 151192 | ColeKepro 5.0 | 149422 |
| ColeKepro 5.0 | 151139 | ColeKepro 5.0 | 148860 |

B0663-6576 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 148398 | ColeKepro 5.0 | 150787 |
| ColeKepro 5.0 | 148081 | ColeKepro 5.0 | 150744 |
| ColeKepro 5.0 | 149633 | ColeKepro 5.0 | 150923 |
| ColeKepro 5.0 | 150162 | ColeKepro 5.0 | 150963 |
| ColeKepro 5.0 | 149017 | ColeKepro 5.0 | 150792 |
| ColeKepro 5.0 | 148868 | ColeKepro 5.0 | 151041 |
| ColeKepro 5.0 | 149946 | ColeKepro 5.0 | 151365 |
| ColeKepro 5.0 | 151934 | ColeKepro 5.0 | 152897 |
| ColeKepro 5.0 | 151935 | ColeKepro 5.0 | 152898 |
| ColeKepro 5.0 | 151936 | ColeKepro 5.0 | 152899 |
| ColeKepro 5.0 | 151937 | ColeKepro 5.0 | 152900 |
| ColeKepro 5.0 | 151938 | ColeKepro 5.0 | 152901 |
| ColeKepro 5.0 | 151939 | ColeKepro 5.0 | 152902 |
| ColeKepro 5.0 | 151965 | ColeKepro 5.0 | 152903 |
| ColeKepro 5.0 | 151966 | ColeKepro 5.0 | 152904 |
| ColeKepro 5.0 | 151967 | ColeKepro 5.0 | 152905 |
| ColeKepro 5.0 | 151968 | ColeKepro 5.0 | 152906 |
| ColeKepro 5.0 | 151969 | ColeKepro 5.0 | 152907 |
| ColeKepro 5.0 | 151970 | ColeKepro 5.0 | 152908 |
| ColeKepro 5.0 | 151971 | ColeKepro 5.0 | 148388 |
| ColeKepro 5.0 | 151972 | ColeKepro 5.0 | 148493 |
| ColeKepro 5.0 | 151973 | ColeKepro 5.0 | 148374 |
| ColeKepro 5.0 | 151949 | ColeKepro 5.0 | 149516 |
| ColeKepro 5.0 | 151950 | ColeKepro 5.0 | 148482 |
| ColeKepro 5.0 | 151951 | ColeKepro 5.0 | 149711 |
| ColeKepro 5.0 | 151952 | ColeKepro 5.0 | 148844 |
| ColeKepro 5.0 | 151953 | ColeKepro 5.0 | 148570 |
| ColeKepro 5.0 | 151954 | ColeKepro 5.0 | 148385 |
| ColeKepro 5.0 | 148378 | ColeKepro 5.0 | 148679 |
| ColeKepro 5.0 | 148038 | ColeKepro 5.0 | 149447 |
| ColeKepro 5.0 | 148381 | ColeKepro 5.0 | 148379 |
| ColeKepro 5.0 | 149757 | ColeKepro 5.0 | 149445 |
| ColeKepro 5.0 | 151229 | ColeKepro 5.0 | 149642 |
| ColeKepro 5.0 | 151109 | ColeKepro 5.0 | 148239 |
| ColeKepro 5.0 | 151042 | ColeKepro 5.0 | 149196 |
| ColeKepro 5.0 | 151288 | ColeKepro 5.0 | 149874 |
| ColeKepro 5.0 | 150958 | ColeKepro 5.0 | 148390 |
| ColeKepro 5.0 | 150755 | ColeKepro 5.0 | 148761 |
| ColeKepro 5.0 | 150896 | ColeKepro 5.0 | 150166 |

B0663-6577 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 148369 | ColeKepro 5.0 | 151222 |
| ColeKepro 5.0 | 148370 | ColeKepro 5.0 | 151237 |
| ColeKepro 5.0 | 152376 | ColeKepro 5.0 | 151238 |
| ColeKepro 5.0 | 152377 | ColeKepro 5.0 | 151239 |
| ColeKepro 5.0 | 152378 | ColeKepro 5.0 | 151240 |
| ColeKepro 5.0 | 152654 | ColeKepro 5.0 | 151241 |
| ColeKepro 5.0 | 152655 | ColeKepro 5.0 | 151765 |
| ColeKepro 5.0 | 152656 | ColeKepro 5.0 | 151987 |
| ColeKepro 5.0 | 152778 | ColeKepro 5.0 | 151909 |
| ColeKepro 5.0 | 152779 | ColeKepro 5.0 | 151786 |
| ColeKepro 5.0 | 152780 | Kioskcom | K0129984 |
| ColeKepro 5.0 | 152781 | Kioskcom | K0130123 |
| ColeKepro 5.0 | 152782 | Kioskcom | K0130121 |
| ColeKepro 5.0 | 152783 | Kioskcom | K0130322 |
| ColeKepro 5.0 | 152663 | Kioskcom | K0130169 |
| ColeKepro 5.0 | 152664 | Kioskcom | K0130174 |
| ColeKepro 5.0 | 152665 | Kioskcom | K01301749 |
| ColeKepro 5.0 | 152666 | Kioskcom | K0130180 |
| ColeKepro 5.0 | 152667 | Kioskcom | K0130186 |
| ColeKepro 5.0 | 148371 | Kioskcom | K0131387 |
| ColeKepro 5.0 | 148372 | Kioskcom | K0131389 |
| ColeKepro 5.0 | 148373 | Kioskcom | K0131392 |
| ColeKepro 5.0 | 151940 | Kioskcom | K0131388 |
| ColeKepro 5.0 | 151941 | Kioskcom | K0131499 |
| ColeKepro 5.0 | 151942 | Kioskcom | K0131455 |
| ColeKepro 5.0 | 151943 | Kioskcom | K0132333 |
| ColeKepro 5.0 | 151944 | Kioskcom | K0132334 |
| ColeKepro 5.0 | 151945 | Kioskcom | K0132335 |
| ColeKepro 5.0 | 152657 | Kioskcom | K0132331 |
| ColeKepro 5.0 | 152658 | Kioskcom | K0129986 |
| ColeKepro 5.0 | 152659 | Kioskcom | F0111237 |
| ColeKepro 5.0 | 152660 | Kioskcom | K0131454 |
| ColeKepro 5.0 | 152661 | Kioskcom | F0111215 |
| ColeKepro 5.0 | 152662 | Kioskcom | F0111232 |
| ColeKepro 5.0 | 151231 | Kioskcom | K0130010 |
| ColeKepro 5.0 | 151232 | Kioskcom | K0130003 |
| ColeKepro 5.0 | 151233 | Kioskcom | K0130022 |
| ColeKepro 5.0 | 151234 | Kioskcom | K0129988 |
| ColeKepro 5.0 | 151235 | | |

B0663-6578 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| Kioskcom | K0130009 | Kioskcom | K0132011 |
| Kioskcom | K0130149 | Kioskcom | K0132009 |
| Kioskcom | K0130990 | Kioskcom | K0131993 |
| Kioskcom | M0133253 | Kioskcom | K0131998 |
| Kioskcom | K0130955 | Kioskcom | K0132167 |
| Kioskcom | K0130951 | Kioskcom | K0132158 |
| Kioskcom | K0130968 | Kioskcom | K0132227 |
| Kioskcom | K0131038 | Kioskcom | K0130646 |
| Kioskcom | K0131938 | Kioskcom | K0132372 |
| Kioskcom | K0131940 | Kioskcom | K0132374 |
| Kioskcom | K0132012 | Kioskcom | K0132373 |
| Kioskcom | K0130977 | Kioskcom | K0132338 |
| Kioskcom | K0125318 | Kioskcom | K0132339 |
| Kioskcom | K0129348 | Kioskcom | K0132340 |
| Kioskcom | K0130167 | Kioskcom | K0132342 |
| Kioskcom | K0130175 | Kioskcom | K0132343 |
| Kioskcom | K0131031 | Kioskcom | K0132274 |
| Kioskcom | K0131907 | Kioskcom | K0132273 |
| Kioskcom | K0131902 | Kioskcom | K0132307 |
| Kioskcom | K0131901 | Kioskcom | K0132301 |
| Kioskcom | K0131912 | Kioskcom | K0132299 |
| Kioskcom | K0131904 | Kioskcom | K0132357 |
| Kioskcom | K0131914 | Kioskcom | K0132355 |
| Kioskcom | K0131916 | Kioskcom | K0132347 |
| Kioskcom | K0131920 | Kioskcom | K0132367 |
| Kioskcom | K0131941 | Kioskcom | K0132348 |
| Kioskcom | KO131942 | Kioskcom | K0132296 |
| Kioskcom | K0131992 | Kioskcom | K0132298 |
| Kioskcom | K0131994 | Kioskcom | K0132364 |
| Kioskcom | K0132006 | Kioskcom | K0132295 |
| Kioskcom | K0131981 | Kioskcom | K0132297 |
| Kioskcom | K0131985 | Kioskcom | K0132288 |
| Kioskcom | K0131991 | Kioskcom | K0132362 |
| Kioskcom | K0131979 | Kioskcom | L0132830 |
| Kioskcom | K0132118 | Kioskcom | L0132861 |
| Kioskcom | K0132121 | Kioskcom | L0132930 |
| Kioskcom | K0132107 | Kioskcom | L0132853 |
| Kioskcom | K0131982 | Kioskcom | L0132858 |
| Kioskcom | K0131983 | | |

B0663-6579 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| Kioskcom | L0132857 | Kioskcom | K0131945 |
| Kioskcom | L0132863 | Kisokcom | K0131924 |
| Kioskcom | L0133849 | Kioskcom | K0131934 |
| Kioskcom | L0133633 | Kioskcom | K0131958 |
| Kioskcom | L0133629 | Kioskcom | K0132166 |
| Kioskcom | L0133739 | Kioskcom | K0132193 |
| Kioskcom | L0133676 | Kioskcom | K0132219 |
| Kioskcom | L0133753 | Kioskcom | K0132180 |
| Kioskcom | L0133733 | Kioskcom | K0132263 |
| Kioskcom | M0133079 | Kioskcom | K0132280 |
| Kioskcom | M0133175 | Kioskcom | K0132287 |
| Kioskcom | M0133177 | Kioskcom | K0133338 |
| Kioskcom | M0133355 | Kioskcom | K0130978 |
| Kioskcom | M0135043 | Kioskcom | K0130999 |
| Kioskcom | M0135057 | Kisokcom | K0130997 |
| Kioskcom | M0135042 | Kioskcom | K0130002 |
| Kioskcom | M0135041 | Kioskcom | K0130983 |
| Kioskcom | M0135058 | Kioskcom | K0130995 |
| Kioskcom | M0135056 | Kioskcom | K0130993 |
| Kioskcom | M0135046 | Kioskcom | K0131015 |
| Kioskcom | M0135044 | Kioskcom | K0131011 |
| Kioskcom | M0135040 | Kisokcom | K0131004 |
| Kioskcom | M0135047 | Kioskcom | K0131012 |
| Kioskcom | K0131961 | Kioskcom | K0131014 |
| Kioskcom | K0131963 | Kioskcom | K0131013 |
| Kioskcom | K0131966 | Kioskcom | K0131006 |
| Kioskcom | K0131962 | Kisokcom | K0131005 |
| Kioskcom | K0130976 | Kioskcom | K0131019 |
| Kioskcom | K0132171 | Kioskcom | K0131018 |
| Kioskcom | K0132175 | Kioskcom | K0131008 |
| Kioskcom | K0131995 | Kioskcom | K0130991 |
| Kioskcom | K0131986 | Kioskcom | K0131017 |
| Kioskcom | L0133815 | Kioskcom | K0131009 |
| Kioskcom | L0133816 | Kioskcom | KO131935 |
| Kioskcom | L0133769 | Kioskcom | K0131933 |
| Kioskcom | K0131001 | Kioskcom | K0131932 |
| Kioskcom | K0131003 | Kioskcom | K0131900 |
| Kioskcom | K0131016 | Kioskcom | K0131915 |
| Kioskcom | K0131908 | Kioskcom | K0132124 |
|  |  | Kioskcom | K0132134 |

B0663-6580 03/06/2024 2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| Kioskcom | K0132132 | Kioskcom | K0132380 |
| Kioskcom | K0132126 | Kioskcom | K0132377 |
| Kioskcom | K0132117 | Kioskcom | K0132251 |
| Kioskcom | K0132176 | Kioskcom | K0132259 |
| Kioskcom | K0132195 | Kioskcom | K0132397 |
| Kioskcom | K0132203 | Kioskcom | K0132389 |
| Kioskcom | K0132199 | Kioskcom | K0132391 |
| Kioskcom | K0132198 | Kioskcom | K0132261 |
| Kioskcom | K0132218 | Kioskcom | K0132376 |
| Kioskcom | K0132217 | Kioskcom | K0132398 |
| Kioskcom | K0132231 | Kioskcom | L0132701 |
| Kioskcom | K0132234 | Kioskcom | L0132705 |
| Kioskcom | K0132197 | Kioskcom | L0132725 |
| Kioskcom | K0132228 | Kioskcom | L0132755 |
| Kioskcom | K0132237 | Kioskcom | L0132736 |
| Kioskcom | K0132232 | Kioskcom | L0132731 |
| Kioskcom | K0132245 | Kioskcom | L0132732 |
| Kioskcom | K0132223 | Kioskcom | L0132728 |
| Kioskcom | K0132247 | Kioskcom | L0132729 |
| Kioskcom | K0132220 | Kioskcom | L0132730 |
| Kioskcom | K0132194 | Kioskcom | L0132739 |
| Kioskcom | K0132396 | Kioskcom | L0132753 |
| Kioskcom | K0132379 | Kioskcom | L0132751 |
| Kioskcom | K0132388 | Kioskcom | L0132744 |
| Kioskcom | K0132378 | Kioskcom | L0132756 |
| Kioskcom | K0132384 | Kioskcom | L0132758 |
| Kioskcom | K0132381 | Kioskcom | L0132759 |
| Kioskcom | K0132387 | Kioskcom | L0132760 |
| Kioskcom | K0132399 | Kioskcom | L0132740 |
| Kioskcom | K0132382 | Kioskcom | L0133741 |
| Kioskcom | K0132271 | Kioskcom | K0132212 |
| Kioskcom | K0132394 | Kioskcom | K0131965 |
| Kioskcom | K0132262 | Kioskcom | L0133680 |
| Kioskcom | K0132278 | Kioskcom | L0133690 |
| Kioskcom | K0132266 | Kioskcom | L0133700 |
| Kioskcom | K0132390 | Kioskcom | L0133686 |
| Kioskcom | K0132395 | Kioskcom | L0133695 |
| Kioskcom | K0132383 | Kioskcom | L0133701 |
| Kioskcom | K0132386 | Kioskcom | L0133696 |

B0663-6581  03/06/2024  2:44 PM Received by Pennsylvania Department of State

Exhibit A - DCMs

| Mfg/Model | Serial Number |
|---|---|
| Kioskcom | L0133688 |
| Kioskcom | L0133702 |
| Kioskcom | L0133672 |
| Kioskcom | L0133673 |
| Kioskcom | K0131909 |
| Kioskcom | K0131913 |
| Kioskcom | K0131930 |
| Kioskcom | K0131968 |
| Kioskcom | K0131996 |
| Kioskcom | K0131974 |
| Kioskcom | K0132016 |
| Kioskcom | K0132145 |
| Kioskcom | K0132140 |
| Kioskcom | K0132127 |
| Kioskcom | K0132139 |
| Kioskcom | K0132147 |
| Kioskcom | K0132119 |
| Kioskcom | K0132116 |
| Kioskcom | K0132106 |
| Kioskcom | K0132007 |
| Kioskcom | K0131999 |
| Kioskcom | K0132095 |
| Kioskcom | K0132099 |
| Kioskcom | K0132098 |
| Kioskcom | K0132101 |
| Kioskcom | K0132130 |
| Kioskcom | M0133371 |
| Kioskcom | K0130953 |
| Kioskcom | K0131903 |
| Kioskcom | K0130016 |
| Kioskcom | K0131923 |
| Kioskcom | L0132713 |
| Kioskcom | M0133116 |
| Kioskcom | K0131959 |
| Kioskcom | L0133761 |
| Kioskcom | L0133752 |
| Kioskcom | L0133703 |

B0663-6582 03/06/2024 2:44 PM Received by Pennsylvania Department of State